**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: STEVENS, EDWARD F       § | Case No. 10-76246 |
| STEVENS, LYNETTE R.             § | |
|                                 § | |
| Debtor(s)                       § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Clerk of The U S Bankruptcy Court
  211 South Court Street
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/05/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 08/30/2011     By: /s/BERNARD J. NATALE
                                                                                                                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: STEVENS, EDWARD F | § | Case No. 10-76246 |
| STEVENS, LYNETTE R. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 13,417.98 |
| *and approved disbursements of* | $ 20.22 |
| *leaving a balance on hand of* [1] | $ 13,397.76 |
| **Balance on hand:** | $ 13,397.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Aflac | 1,998.41 | 1,998.41 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,397.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,091.80 | 0.00 | 2,091.80 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 3,966.25 | 0.00 | 3,966.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 29.75 | 0.00 | 29.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,087.80 |
| Remaining balance: | $ 7,309.96 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 7,309.96 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,890.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10P | Internal Revenue Service CIO | 7,890.96 | 0.00 | 7,309.96 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 7,309.96 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 112,950.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 18,031.28 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 24,493.06 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 8,699.04 | 0.00 | 0.00 |
| 5 | PYOD LLC | 28,743.68 | 0.00 | 0.00 |
| 6 | Chase Bank USA,N.A | 1,197.25 | 0.00 | 0.00 |
| 7 | Atlas Acquisitions LLC | 6,756.70 | 0.00 | 0.00 |
| 8 | GE Money Bank | 4,534.85 | 0.00 | 0.00 |
| 9 | FIA Card Services, NA/Bank of America | 20,137.20 | 0.00 | 0.00 |
| 10U | Internal Revenue Service CIO | 357.63 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Prepared By:   /s/BERNARD J. NATALE
                       Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 10-76246-MB
Edward F Stevens                                                  Chapter 7
Lynette R. Stevens
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lkorotko              Page 1 of 2              Date Rcvd: Sep 09, 2011
                              Form ID: pdf006             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2011.
```
db/jdb     +Edward F Stevens,    Lynette R. Stevens,    203 Ashwood Drive,    Sycamore, IL 60178-1256
aty        +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
aty        +K. O. Johnson,    Law Office of K.O. Johnson,    901 N. First Street,    DeKalb, IL 60115-2395
aty        +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
tr         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
16587257   +Aflac,    1932 Wynnton Road,    Columbus, GA 31999-0002
16587258   +Associated Card Servic,    1305 Main St,    Stevens Point, WI 54481-2830
16587259   +Bac/Fleet-Bkcard,    200 Tournament Dr,    Horsham, PA 19044-3606
16587262   +Chase,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
16587261   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16812796    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16917169   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
16587263   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16587265   +Elite Cardiology,    2560 Hauser Ross Dr # 450,    Sycamore, IL 60178-3185
16587266    G N Endocrinlogy,    Five Kish Hospital Dr, Suite 201,    DeKalb, IL 60115-9602
16587268   +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
17504278   +Internal Revenue Service CIO,    PO Box 7346,    Philadelphia PA 19101-7346
16587269   +Kishwaukee Cardiology Assoc.,    2530 Hauser Ross Drive, Suite 100,    Sycamore, IL 60178-3147
16587273   +Reddy Medical Ass,    626 Bethany Rd,    DeKalb, IL 60115-4939
16587274   +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16587275    Shah Medical Ass,    2111 Midlands Ct, Ste 203.,    Sycamore, IL 60178-3125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17570589   +E-mail/Text: bnc@atlasacq.com Sep 09 2011 23:48:03     Atlas Acquisitions LLC,   Attn Avi Schild,
             294 Union St.,    Hackensack, NJ 07601-4303
16740169    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2011 01:26:22     Discover Bank,
             Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
16587264   +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2011 01:26:22     Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
17183536    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2011 01:26:15
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK 73124-8809
17165973    E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2011 00:56:12     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16587267   +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2011 00:56:12     Ge Money Card,   Po Box 981439,
             El Paso, TX 79998-1439
16587271   +E-mail/PDF: cr-bankruptcy@kohls.com Sep 10 2011 01:06:20     Kohls/Chase,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
17068085    E-mail/Text: resurgentbknotifications@resurgent.com Sep 09 2011 23:32:46     LVNV Funding LLC,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
16587272   +E-mail/Text: resurgentbknotifications@resurgent.com Sep 09 2011 23:32:46     Lvnv Funding Llc,
             Po Box 740281,    Houston, TX 77274-0281
16905276   +E-mail/Text: resurgentbknotifications@resurgent.com Sep 09 2011 23:32:46
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
16587260   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16587270   ##+Kishwaukee Community Hospital,   626 Bethany Road,   Dekalb, IL 60115-4939
                                                                                TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lkorotko             Page 2 of 2              Date Rcvd: Sep 09, 2011
                              Form ID: pdf006            Total Noticed: 31

                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2011**    **Signature:** /s/ Joseph Speetjens