# AMENDED FINAL DISTRIBUTION
# FINAL DISTRIBUTION

**Case Number:** 10-76246  
**Debtor Name:** STEVENS, EDWARD F

Page: 1

**Date:** October 5, 2011  
**Time:** 11:57:24 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $13,397.99 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 29.75 | 0.00 | 29.75 | 29.75 | 13,368.24 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 3,966.25 | 0.00 | 3,966.25 | 3,966.25 | 9,401.99 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,091.80 | 0.00 | 2,091.80 | 2,091.80 | 7,310.19 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 6,087.80 | 0.00 | 6,087.80 | 6,087.80 | |
| 10P | Internal Revenue Service CIO | Priority | 7,890.96 | 0.00 | 7,890.96 | 7,310.19 | 0.00 |
| | SUBTOTAL FOR | PRIORITY | 7,890.96 | 0.00 | 7,890.96 | 7,310.19 | |
| 1 | Aflac | Secured | 1,998.41 | 0.00 | 1,998.41 | 0.00 | 0.00 |
| | SUBTOTAL FOR | SECURED | 1,998.41 | 0.00 | 1,998.41 | 0.00 | |
| 2 | Discover Bank | Unsecured | 18,031.28 | 0.00 | 18,031.28 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | Unsecured | 24,493.06 | 0.00 | 24,493.06 | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | Unsecured | 8,699.04 | 0.00 | 8,699.04 | 0.00 | 0.00 |
| 5 | PYOD LLC | Unsecured | 28,743.68 | 0.00 | 28,743.68 | 0.00 | 0.00 |
| 6 | Chase Bank USA,N.A | Unsecured | 1,197.25 | 0.00 | 1,197.25 | 0.00 | 0.00 |
| 7 | Atlas Acquisitions LLC | Unsecured | 6,756.70 | 0.00 | 6,756.70 | 0.00 | 0.00 |
| 8 | GE Money Bank | Unsecured | 4,534.85 | 0.00 | 4,534.85 | 0.00 | 0.00 |
| 9 | FIA Card Services, NA/Bank of America | Unsecured | 20,137.20 | 0.00 | 20,137.20 | 0.00 | 0.00 |
| 10U | Internal Revenue Service CIO | Unsecured | 357.63 | 0.00 | 357.63 | 0.00 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 112,950.69 | 0.00 | 112,950.69 | 0.00 | |
| **<< Totals >>** | | | 128,927.86 | 0.00 | 128,927.86 | 13,397.99 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**     100.000000%  
**Priority**     92.640059%  
**Secured**     0.000000%  
**Unsecured**     0.000000%