# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re:  STEVENS, EDWARD F                       § Case No. 10-76246
        STEVENS, LYNETTE R.                     §
                                                §
Debtor(s)                                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $213,395.96 *(without deducting any secured claims)* | Assets Exempt: $9,220.96 |
| Total Distribution to Claimants: $7,310.19 | Claims Discharged Without Payment: $147,082.83 |
| Total Expenses of Administration: $6,108.02 | |

3) Total gross receipts of $ 13,418.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,418.21 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $242,632.00 | $1,998.41 | $1,998.41 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,108.02 | 6,108.02 | 6,108.02 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 7,890.96 | 7,890.96 | 7,310.19 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 144,661.37 | 112,950.69 | 112,950.69 | 0.00 |
| **TOTAL DISBURSEMENTS** | $387,293.37 | $128,948.08 | $128,948.08 | $13,418.21 |

    4) This case was originally filed under Chapter 7 on December 23, 2010. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2011        By: /s/BERNARD J. NATALE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Aflac Stock Retirment Funds (292.536 shares x $5 | 1129-000 | 13,417.89 |
| Interest Income | 1270-000 | 0.32 |
| **TOTAL GROSS RECEIPTS** | | **$13,418.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Aflac | 4110-000 | 8,350.00 | 1,998.41 | 1,998.41 | 0.00 |
| NOTFILED | Gmac Mortgage | 4110-000 | 164,919.00 | N/A | N/A | 0.00 |
| NOTFILED | Gmac Mortgage | 4110-000 | 62,666.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 6,697.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$242,632.00** | **$1,998.41** | **$1,998.41** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 29.75 | 29.75 | 29.75 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,966.25 | 3,966.25 | 3,966.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,091.80 | 2,091.80 | 2,091.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 20.22 | 20.22 | 20.22 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,108.02 | 6,108.02 | 6,108.02 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P | Internal Revenue Service CIO | 5800-000 | N/A | 7,890.96 | 7,890.96 | 7,310.19 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 7,890.96 | 7,890.96 | 7,310.19 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | 18,031.00 | 18,031.28 | 18,031.28 | 0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 24,493.00 | 24,493.06 | 24,493.06 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 8,699.00 | 8,699.04 | 8,699.04 | 0.00 |
| 5 | PYOD LLC | 7100-000 | 28,044.00 | 28,743.68 | 28,743.68 | 0.00 |
| 6 | Chase Bank USA,N.A | 7100-000 | N/A | 1,197.25 | 1,197.25 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Atlas Acquisitions LLC | 7100-000 | 7,207.00 | 6,756.70 | 6,756.70 | 0.00 |
| 8 | GE Money Bank | 7100-000 | 4,499.00 | 4,534.85 | 4,534.85 | 0.00 |
| 9 | FIA Card Services, NA/Bank of America | 7100-000 | 20,137.00 | 20,137.20 | 20,137.20 | 0.00 |
| 10U | Internal Revenue Service CIO | 7100-000 | N/A | 357.63 | 357.63 | 0.00 |
| NOTFILED | Kishwaukee Community Hospital | 7100-000 | 7,746.37 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital | 7100-000 | 1,780.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital | 7100-000 | 3,560.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Cardiology Assoc. | 7100-000 | 789.00 | N/A | N/A | 0.00 |
| NOTFILED | Reddy Medical Ass | 7100-000 | 546.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Chase | 7100-000 | 955.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbsd | 7100-000 | 7,761.00 | N/A | N/A | 0.00 |
| NOTFILED | G N Endocrinlogy | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbsd | 7100-000 | 8,271.00 | N/A | N/A | 0.00 |
| NOTFILED | Shah Medical Ass | 7100-000 | 798.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Card Servic | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elite Cardiology | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac/Fleet-Bkcard | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 144,661.37 | 112,950.69 | 112,950.69 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-76246  
**Case Name:** STEVENS, EDWARD F  
STEVENS, LYNETTE R.  
**Period Ending:** 12/07/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/23/10 (f)  
**§341(a) Meeting Date:** 01/24/11  
**Claims Bar Date:** 04/28/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 203 Ashwood Dr. Sycamore, 3 Bedroom, Ranch, Bric | 199,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, Savings, or Other Financial Accounts, | 612.00 | 0.00 | DA | 0.00 | FA |
| 4 | Security Deposits with Utilities, Landlords, and | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods and Furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, Pictures and Other Art Objects; Collectib | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc Jewelry, No Significant pieces | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wedding Ring | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | Photographic Equipment | 50.00 | 50.00 | DA | 0.00 | FA |
| 11 | Automobile Insurance | 53.00 | 0.00 | DA | 0.00 | FA |
| 12 | Aflac Stock Retirement Funds (292.536 shares x $5 | 29,839.00 | 21,489.00 | | 13,417.89 | FA |
| 13 | American Funds IRA | 2,405.96 | 0.00 | DA | 0.00 | FA |
| 14 | 2006 Honda Civic | 5,125.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1999 Volkswagen Cabrio | 1,050.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.32 | FA |
| 16 | Assets    Totals (Excluding unknown values) | $243,234.96 | $21,539.00 | | $13,418.21 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**            **Current Projected Date Of Final Report (TFR):**    August 30, 2011  (Actual)

Printed: 12/07/2011 03:06 PM    V.12.57

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-76246  
**Case Name:** STEVENS, EDWARD F  
STEVENS, LYNETTE R.  
**Taxpayer ID #:** **-***0029  
**Period Ending:** 12/07/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-65 - Money Market Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/05/11 | {12} | Edward Stevens | Cash Surrender Value of AFLAC Stock | 1129-000 | 13,417.89 | | 13,417.89 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 13,417.98 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 20.22 | 13,397.76 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,397.87 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,397.98 |
| 10/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 13,397.99 |
| 10/05/11 | | To Account #9200******5266 | Transfer for Final Distribution | 9999-000 | | 13,397.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,418.21 | 13,418.21 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,397.99 | |
| | | | **Subtotal** | | 13,418.21 | 20.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,418.21** | **$20.22** | |

{} Asset reference(s)

Printed: 12/07/2011 03:06 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-76246  
**Case Name:** STEVENS, EDWARD F  
STEVENS, LYNETTE R.  
**Taxpayer ID #:** **-***0029  
**Period Ending:** 12/07/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******52-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/11 | | From Account #9200******5265 | Transfer for Final Distribution | 9999-000 | 13,397.99 | | 13,397.99 |
| 10/06/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,091.80, Trustee Compensation; Reference: | 2100-000 | | 2,091.80 | 11,306.19 |
| 10/06/11 | 102 | Internal Revenue Service CIO | Distribution paid 92.64% on $7,890.96; Claim# 10P; Filed: $7,890.96; Reference: XXX-XX-2381<br>Voided on 10/06/11 | 5800-003 | | 7,310.19 | 3,996.00 |
| 10/06/11 | 102 | Internal Revenue Service CIO | Distribution paid 92.64% on $7,890.96; Claim# 10P; Filed: $7,890.96; Reference: XXX-XX-2381<br>Voided: check issued on 10/06/11 | 5800-003 | | -7,310.19 | 11,306.19 |
| 10/06/11 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,996.00 | 7,310.19 |
| | | | Dividend paid 100.00%  3,966.25<br>on $3,966.25;  Claim# ATTY; Filed: $3,966.25 | 3110-000 | | | 7,310.19 |
| | | | Dividend paid 100.00%  29.75<br>on $29.75;  Claim# EXP;<br>Filed: $29.75 | 3120-000 | | | 7,310.19 |
| 10/06/11 | 104 | Internal Revenue Service CIO | Distribution paid 92.64% on $7,890.96; Claim# 10P; Filed: $7,890.96; Reference: XXX-XX-2381 | 5800-000 | | 7,310.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,397.99 | 13,397.99 | **$0.00** |
| | | | Less: Bank Transfers | | 13,397.99 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 13,397.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$13,397.99** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******52-65** | 13,418.21 | 20.22 | 0.00 |
| **Checking # 9200-******52-66** | 0.00 | 13,397.99 | 0.00 |
| | **$13,418.21** | **$13,418.21** | **$0.00** |

{} Asset reference(s)             Printed: 12/07/2011 03:06 PM    V.12.57